UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00043-SKO (PC)<br><br>**ORDER DIRECTING PLAINTIFF NOT TO FILE EVIDENCE WITH THE COURT UNLESS NECESSARY TO DO SO** |

  Plaintiff Cottrell L. Broadnax, a state prisoner proceeding *pro se* and *in forma pauperis*, initiated this civil rights action on October 31, 2019. (Doc. 1.) On January 8, 2020, the Northern District of California transferred this case to the Eastern District of California. (Doc. 28.)

  Between October 31, 2019, and January 8, 2020, Plaintiff has filed no less than 16 miscellaneous exhibits or documents. (*See* Docs. 5-6, 8, 11, 13, 15-18, 20, 22-27.) As stated in the Court's first informational order, the Court does not serve as a repository for evidence. (Doc. 30 at 3.) Thus, Plaintiff is **DIRECTED** to not file additional evidence unless it becomes necessary to do so in response to a Court order, or in connection with a motion or trial. Evidence that is improperly submitted to the Court may be stricken or returned.

IT IS SO ORDERED.

Dated: **January 9, 2020**     /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE