UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTTRELL L. BROADNAX,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | Case No. 1:20-cv-00043-AWI-SKO (PC)<br><br>**ORDER DENYING MOTION AS MOOT**<br><br>(Doc. 41) |

    On July 13, 2020, District Judge Dale A. Drozd adopted the undersigned's findings and recommendations (Doc. 37) and dismissed this action for failure to exhaust administrative remedies. (Doc. 39.) On September 4, 2020, Plaintiff filed a motion for "out of court (settlement)." (Doc. 41.) The Court is unsure if Plaintiff is requesting a settlement conference in this matter. In any event, because this case is closed, the Court DENIES the motion as moot.

    Since the U.S. Postal Service returned the order adopting findings and recommendations (Doc. 39) and the corresponding judgment (Doc. 40) as undeliverable, the Court DIRECTS the Clerk's Office to re-serve the order and judgment on Plaintiff.

IT IS SO ORDERED.

Dated:   **September 8, 2020**          /s/ *Sheila K. Oberto*          
                                                         UNITED STATES MAGISTRATE JUDGE